IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) Case No. 1:22CR120 |
| | ) The Hon. Leonie M. Brinkema |
| CHRISTOPHER KUEHNER, et al., | ) Next Hearing: 12/7/2022 @ 9 am |
| | ) |
| Defendants. | ) |
| | ) |

### MOTION FOR PAYMENT AND ARRANGEMENT OF DEFENDANT'S TRAVEL TO THE DISTRICT FOR APPEARANCE AT MOTIONS HEARING

COMES NOW, the Defendant, CHRISTOPHER KUEHNER, by and through counsel, and pursuant to 18 U.S.C. § 4285, hereby moves this Honorable Court to direct the United States Marshals Service to arrange and pay for Defendant's non-custodial travel from the Western District of Washington to this District for the Motions Hearing set for December 7, 2022, with an arrival date no later than December 6, 2022, and to furnish Defendant with per diem for the travel day, since he will need to secure hotel accommodations to ensure he is in the District in time for the morning hearing.

In support of his Motion, Defendant submits that he has been determined to be indigent and therefore does not have the funds to pay for travel to attend the hearing.

                Respectfully Submitted,

                CHRISTOPHER KUEHNER
                By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
Lana Manitta, VSB #42994
140B Purcellville Gateway Drive, #511
Purcellville, VA 20132
(703) 705-4428   FAX (703) 705-4429
lmanitta@manittalaw.com
Counsel for Christopher Kuehner

## CERTIFICATE OF ELECTRONIC FILING/SERVICE

     I HEREBY CERTIFY THAT on this the 20th day of November 2022, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
Lana Manitta, VSB #42994
140B Purcellville Gateway Drive, #511
Purcellville, VA 20132
(703) 705-4428
FAX (703) 705-4429
lmanitta@manittalaw.com
Counsel for Christopher Kuehner