## CRIMINAL BENCH TRIAL PROCEEDINGS

Date:  01/24/23      Case No:  1:22cr120 (4)      Commenced:  10:59am
                                                  Lunch Recess: 
Before the Honorable: Judge Brinkema            Case Concluded:  11:51am
                                                  **Probation Email:  x**

Court Reporter:  S. Austin

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | Seth Schlessinger, Whitney Kramer, AUSA |
| vs. | , AUSA |
| CHRISTOPHER WILLIAM KUEHNER | Lana Manitta, DEFT |
| | , DEFT |

This case came on for further trial by the Court. Appearances as previous.

Government Adduced Evidence and Rests [    ]   Motions: _____

Defendant(s) Adduced Evidence and Rests [    ]   Motions: _____

Closing Arguments [ X ]   Rebuttal Argument [X ]

The Court finds the defendant:   **GUILTY as to Count 1 of the Indictment**

PSIR Ordered [X ]                          Deft(s) Directed to Report to P.O. [X]
Deft(s) Continued on Present Bond [    ]     Deft   Bond Revoked-Remanded [X]

Case Continued To:  **04/25/2023 at 9:00am**        For   **Sentencing**
admitted exhibit #'s read into the record