To the Honorable Leonie Brinkema,

My name is Kyle Schriner and Chris Kuehner is my best friend. We met while attending Olympic College, at the Veterans Center back around 2017. Since then, we would always spend time together such as playing tabletop games or going out to eat. Whenever I would have a problem, Chris would always try his best to help me and ask for nothing in return. If either of us needed to talk about anything, we both knew we could talk to each other (and did). Knowing Chris on a personal level, this whole situation shocks me and I am still in a state of disbelief that not only was he charged with such a severe crime, but that he actually was found guilty. This conduct is completely out of Chris's character and makes me believe that something went terribly wrong that shouldn't have.

I would constantly watch Chris try his best to help people out. These problems could be either quick and easy, or they may have been the long and serious types. I've watched him help other fellow veterans with many of their post-service problems, myself included. He would give rides to clinics, help people sign up for VA benefits, or simply just brighten the day of other people. I truly believe Chris enjoys helping other people with the many people I've watched, first hand, have their lives turned better by him and his efforts.

Knowing that I will most likely never get to spend time with my best friend greatly saddens me. I know that other people that have come to depend on the moral and emotional support that Chris Kuehner brought them are also greatly troubled by the recent turn of events. The only silver lining that will help me through this traumatizing event is that Chris will not only be able to get whatever help he needs but that he will still have to chance to help people in prison. I will use the time I had with Chris to keep going strong, and to try to help others, following the example that Chris set forth.

With a heavy heart,
Kyle Schriner