To the Honorable Leonie M. Brinkema,

    My name is Jeremy Russell and this letter is regarding Christopher Kuehner. I met him at Olympic College in Bremerton, WA a couple of years ago. We started socializing at his house after he invited me to play Dungeons and Dragons with him and some other friends. Chris has helped me very much over the years that I have known him.  Chris noticed that my social skills were lacking and helped me develop them, along with helping me meet new people and making more friends. He took the initiative, when he saw that I was having severe mental problems, to get me mental health help which not only included therapy but also medication. I value Chris's friendship so much because he is always willing to help me and he's been incredibly important when I needed friend to talk to about my Post Traumatic Stress Disorder from my time in the military.  From all of my experiences with Chris, he is a good person, and I hope you can see that in him. I understand the situation that he is in, but I still hope to see him as soon as possible.


Jeremy Russell