Dear Honorable Leonie M. Brinkema,

Chris has always been such a good-hearted person, whenever I am around him, he is always telling stories and creating discussions and debates in hopes of educating and entertaining the people around him. He always has a good sense of humor and a knack for knowing what to say to lighten the mood. He has also been there to help me grow out of my shell. I was shy to talk and to be myself, but with his help he allowed me to become more proactive in socializing and to have more confidence in myself.

Sincerely,
Theodore Martin