# 'This is what true community is.'

- Ceremony brings residents together and moistens more than a few eyes.

By Christopher Dunagan
Sun Staff

Nearly 1,000 people escaped a pouring rain Wednesday night to warm themselves with patriotic music and inspiring speeches at Kitsap Pavilion.

Billed as Rally Kitsap, it was an evening thick with symbolism — from the American flag flown last week over the wreckage of the World Trade Center to the hundreds and hundreds of candles, all started from a single flame and held by audience members to symbolize unity and hope.

Often solemn, the event honored those who died in New York on Sept. 11 as well as the firefighters and police officers killed trying to rescue them and especially uniformed service people in Kitsap County who have pledged to put their nation or their community ahead of their personal lives.

Navy Chaplain Francis Zanger, currently stationed at Naval Submarine Base Bangor and trained in crisis counseling, talked about helping ministers in New York, whose congregations were devastated by the loss many members.

He talked about counseling a young mother who felt ashamed to be joyful when her baby was born Sept. 11.

He also talked about comforting a female police officer who worried how

See **RALLY** on A7



Staff photo by Carolyn J. Yaschur

**Christopher Kuehner, 17, a member of the NJROTC program at Bremerton High School, helped display an American flag that flew over the wreckage of New York's World Trade Center last week. It became the centerpiece of the rally's ceremonies.**

















EXHIBIT

N








EXHIBIT P






















